**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6687**

_____

STANLEY LORENZO WILLIAMS,

Plaintiff - Appellant,

versus

D. W. GRIFFIN; CABARRUS COUNTY, Sheriff
Department; W. ERWIN SPAINHOUR,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. Frank W. Bullock, Jr.,
District Judge. (CA-03-218-1)

_____

Submitted: June 19, 2003          Decided: June 26, 2003

_____

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Stanley Lorenzo Williams, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stanley Lorenzo Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000).  We have reviewed the record and find that this appeal is frivolous.  Accordingly, we dismiss the appeal for the reasons stated by the district court.  <u>See</u> <u>Williams v. Griffin</u>, No. CA-03-218-1 (M.D.N.C. Apr. 4, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>